**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Ashlie Shinler,

                Plaintiff,                Civil No. 10-774 (RHK/SRN)

v.                                  **ORDER**

Accounts Receivable Management, Inc.,

                Defendant.

Based upon the parties' Stipulation of Dismissal With Prejudice (Doc. No. 9), **IT IS ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE** on the merits, without costs, disbursements or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: October 19, 2010

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge